AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

DELL MARVIN ROBERTS,

      Petitioner,　　　　　　JUDGMENT IN A CIVIL CASE
V.

                                CASE NUMBER: **3:09-cv-00685-ECR-VPC**

JIM BENEDETTI, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition (document no. 8) is DISMISSED without prejudice. Final judgment is entered against petitioner and in favor of respondents, dismissing this action without prejudice.


  April 13, 2011　　　　　　　　　　　　　　　　　　　**LANCE S. WILSON**
                                                                Clerk

                                                              /s/ Katie Lynn Ogden
                                                                  Deputy Clerk